IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DIANE JOHNSON and WANDA HOPKINS,**            **PLAINTIFFS,**

**VS.**            **CIVIL ACTION NO. 4:05CV172-P-A**

**COLDWELL REAL ESTATE CORPORATION,**
**ET AL.,**            **DEFENDANTS.**

## FINAL JUDGMENT

This matter comes before the court upon Defendant National City Bank, N.A.'s Motion for Certification for Entry of Final Judgment Under Federal Rule of Civil Procedure 54(b) [163-1]. After due consideration of the motion – no objection having been filed – the court finds as follows, to-wit:

On August 18, 2006 the court entered an order granting National City Bank's motion to compel arbitration and dismissed the plaintiffs' claims against them without prejudice. The court finds no just reason for delay to issue National City Bank a final judgment.

**IT IS THEREFORE ORDERED AND ADJUDGED** that it is the final judgment of the court that all of the plaintiffs' claims against National City Bank are subject to binding arbitration and are therefore **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 14th day of November, A.D., 2006.

           /s/ W. Allen Pepper, Jr.
           W. ALLEN PEPPER, JR.
           UNITED STATES DISTRICT JUDGE