# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DIANE JOHNSON and WANDA HOPKINS,**            **PLAINTIFFS,**

**VS.**            **CIVIL ACTION NO. 4:05CV172-P-A**

**COLDWELL REAL ESTATE CORPORATION,**
**ET AL.,**            **DEFENDANTS.**

## ORDER COMPELLING ARBITRATION

This matter comes before the court upon the Fifth Circuit Court of Appeals' decision in *Johnson v. The Provident Bank/PCFS*, No. 07-60324 in which the Court ruled that this court must reinstate its August 18, 2006 Order compelling arbitration.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant National City Bank, N.A.'s Motion to Compel Arbitration and for Stay, or in the Alternative, for Partial Summary Judgment [78] is **GRANTED** insofar as

(2) All of the plaintiffs' claims against National City Bank, N.A. are **COMPELLED TO ARBITRATION**; and

(2) The plaintiffs' claims against National City Bank, N.A. are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 14th day of May, A.D., 2008.

                                                           /s/ W. Allen Pepper, Jr.
                                                           W. ALLEN PEPPER, JR.
                                                           UNITED STATES DISTRICT JUDGE